# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                     PLAINTIFF

v.                          No. 4:13-cr-229-DPM

LUCAS AARON ODEN                              DEFENDANT

## ORDER

Motion, № 27, granted.  The indictment is dismissed without

prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 September 2014